1 | PATRICIA BARBOSA (SBN 125685)
2 | **BARBOSA GROUP**
  | 16531 Bolsa Chica St., Suite 205
3 | Huntington Beach, CA 92649
4 | Tel: (714) 465-9486
  | Facsimilie: (866) 907-3235
5 | PBarbosa@barbosagrp.com
6 | Attorney for Plaintiff,
7 | CHRISTIE RUDDER
8 | (Appearances Continued on the Following Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE RUDDER, | ) Case No.: 8:13-cv-01610-JLS (DFMx) |
| | ) |
| Plaintiff, | ) Honorable Josephine L. Stanton |
| | ) |
| vs. | ) **Civil Rights** |
| | ) |
| YARD HOUSE USA, INC., | ) **STIPULATION AND [PROPOSED]** |
| DARDEN RESTAURANTS, INC., | ) **ORDER RE DISMISSAL** |
| and | ) |
| GREENLAW PARTNERS, LLC | ) **[Fed. R. Civ. Pro. 41]** |
| | ) |
| Defendants. | ) |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No.: EDCV 14-00277-JGB (SPx)                                              1

1  MARTIN H. ORLICK (SBN: 083908)
   mho@jmbm.com
2  STUART K. TUBIS (SBN: 278278)
   skt@jmbm.com
3  **JEFFER MANGELS BUTLER & MITCHELL LLP**
4  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
5  Telephone: (415) 398-8080
6  Facsimile: (415) 398-5584
7  Attorneys for Defendants Yard House USA, Inc. and Darden Inc.

8

9  GLENN P. ZWANG (SBN: 112295)
   gawang@buchalter.com
10 IVO KELLER (SBN: 245909)
11 **BUCHALTER NEMIR**
   A Professional Corporation
12 55 Second Street, Suite 1700
13 San Francisco, CA 94105-3493
   Telephone: (415) 227-0900
14 Facsimile: (415) 227-0770
15 Attorneys for Defendants GREENLAW PARTNERS, LLC, GREENLAW
   MANAGEMENT, INC., and MADISON MARQUETTE RETAIL SERVICES,
16 INC.

17

18

19     IT IS HEREBY STIPULATED by PLAINTIFF CHRISTIE RUDDER

20 (Plaintiff) and DEFENDANTS YARD HOUSE USA, INC., DARDEN

21 RESTAURANTS, INC., AND GREENLAW PARTNERS, LLC (collectively

22 Defendants) by and through their respective counsel, that pursuant to Federal

23 Rule of Civil Procedure 41 (a)(1)(A)(ii) that Plaintiff's claims against

24 Defendants in this lawsuit shall be dismissed with prejudice in their entirety by

25 stipulation of the parties.

26     Wherefore, Plaintiff and Defendants, by and through their attorneys of

27 record, so stipulate.

28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No.: EDCV 14-00277-JGB (SPx)                                    2

| | | |
|---|---|---|
| Dated: February 6, 2015 | | **BARBOSA GROUP** |
| | By: | /s/PATRICIA BARBOSA |
| | | Attorney for Plaintiff, |
| | | CHRISTIE RUDDER |
| | | |
| Dated: February 6, 2015 | | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| | By: | /s/MARTIN ORLICK |
| | | MARTIN ORLICK |
| | | STUART K. TUBIS |
| | | Attorneys for Defendants, |
| | | YARD HOUSE USA, INC. and DARDEN INC. |
| | | |
| Dated: February 6, 2015 | | **BUCHALTER NEMER** |
| | By: | /s/GLENN P. ZWANG |
| | | GLENN P. ZWANG |
| | | IVO KELLER |
| | | Attorneys for Defendant, |
| | | GREENLAW PARTNERS, LLC, GREENLAW MANAGEMENT, INC. and MADISON MARQUETTE RETAIL SERVICES, INC. |