# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE RUDDER, | ) Case No.: SACV13-01610-JLS (DFMx) |
| Plaintiff, | ) Honorable Josephine L. Stanton |
| v. | ) |
| YARD HOUSE USA, INC., DARDEN INC., GREENLAW PARTNERS, LLC, GREENLAW MANAGEMENT, INC., MADISON MARQUETTE RETAIL SERVICES; and DOES 1 through 10, inclusive, | ) **ORDER OF DISMISSAL** <br> ) [Filed concurrently with Stipulation to Dismiss] <br> ) [Fed. R. Civ. Pro. 41] |
| Defendants. | ) |

1  Having reviewed the parties' Stipulation and [Proposed] Order Re
2  Dismissal, IT IS HEREBY ORDERED that Plaintiff's Complaint, and the claims
3  contained therein, are dismissed as against all Defendants in the above-captioned
4  case.

**SO ORDERED:**

Dated: February 13, 2015

_____
Honorable Josephine L. Staton
United States District Judge